**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ZAINAB ABDULWAHAB** **PLAINTIFF**

**v.** **No. 4:26-cv-188-DPM**

**US CITIZENSHIP AND IMMIGRATION SERVICES, Joseph B. Edlow, Director and TERRI ROBINSON, Director of the National Benefits Center at USCIS** **DEFENDANTS**

**JUDGMENT**

Abdulwahab's complaint is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

7 August 2026